# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK S. FRAZIER, *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | |
| THE CITY OF PHILADELPHIA, *et.al* *Defendants*. | : : | NO. 17-4597 |

# O R D E R

AND NOW, this 18th day of January, 2018, upon consideration of Mr. Frazier's Second Amended Complaint (ECF No. 12) it is hereby **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED** in accordance with the Court's Memorandum. Mr. Frazier may not file any more amended complaints in this matter.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*